UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

NPA ASSOCIATES, LLC and
MISCHA HILL ASSOCIATES, LLC, CASE NO. 1:13-CV-23930-FAM

Plaintiffs,

v.

LAKESIDE PORTFOLIO MANAGEMENT,
LLC, WESTON PORTFOLIO GROUP, LLC,
BRIAN O. PLUNKETT and
EUGENE WETZOLD,

Defendants.
_______________________________________/

**DEFENDANTS LAKESIDE PORTFOLIO MANAGEMENT, LLC AND**
**BRIAN PLUNKETT'S NOTICE OF FILING PROOF OF PAYMENT**

Defendants, Lakeside Portfolio Management, LLC and Brian Plunkett, by and through their undersigned counsel, hereby provide notice of payment made to Plaintiffs as is reflected in Exhibit "A," which is attached hereto. Under the terms of the parties' confidential settlement agreement, payment is a defense to entry of a judgment.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2015, I electronically filed the foregoing Notice with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other

authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

BRINKLEY MORGAN
Attorney for Defendants
200 East Las Olas Boulevard, 19th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-522-2200
Facsimile: 954-522-9123

By: /s/ MARK A. LEVY
MARK A. LEVY
Florida Bar No.: 121320
Email: mark.levy@brinkleymorgan.com

**SERVICE LIST**

Michael B. Feiler
Feiler & Leach, PL
901 Ponce De Leon Blvd., Penthouse Suite
Coral Gables, FL 33134
Telephone: 305-441-8818
Facsimile: 305-441-8081
Email: mbf@flmlegal.com; acasales@flmlegal.com; erodriguez@flmlegal.com
Attorney for Plaintiffs

Camille Anne Coolidge
One E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33301
Telephone: 954-761-7781
Facsimile: 954-781-7782
Email: coolidge@coolidgelaw.com; law@jerroldcoff.com
Attorney for Defendants

[608] 016738-13001