Sales and Service

REGIONS

## Domestic Wire Transfer Request/Authorization

**Originator/Payment By:**

LAKESIDE PORTFOLIO MANAGEMENT LLC
NAME

[redacted]
CUSTOMER IDENTIFICATION

2800 PALMER DR
STREET ADDRESS

CHECKING
ACCOUNT TYPE

[redacted]1959
DATE OF BIRTH

HOLLYWOOD FL 33021-2940
CITY/STATE/ZIP

[redacted]
ACCOUNT NUMBER

[redacted]
TAX IDENTIFICATION NUMBER

**Transfer Instructions:**

$ 21,428.57
WIRE AMOUNT

SABADELL UNITED BANK, NA
TARGET BANK NAME

MIAMI FL
TARGET BANK CITY, STATE

[redacted]
TARGET BANK ABA

BENEFICIARY BANK NAME

BENEFICIARY BANK CITY, STATE

BENEFICIARY BANK ACCOUNT NUMBER

FEILER & LEACH P.L. TRUST ACCT
BENEFICIARY'S NAME

2109 PONCE DE LEON
BENEFICIARY'S ADDRESS

[redacted]
BENEFICIARY'S ACCOUNT NUMBER

CORAL GABLES FL 33134
BENEFICIARY'S CITY, STATE, ZIP, OR COUNTRY

Originator to Beneficiary Information (optional):

REFERENCE
FIRST QUARTER 2015 QUARTERLY
PAYMENT

Bank to Bank Information (optional):

Purpose:

By signing below, Originator authorizes Regions Bank to effect the Funds Transfer described on this request and agrees to be bound by the terms and conditions of the Funds Transfer Agreement set forth on the reverse side hereof. Originator certifies that the information contained in this request is correct.

Brian Plunkett
AUTHORIZED SIGNATURE

BANK AUTHORIZED SIGNATURE

Lakeside Portfolio Management, LLC
NAME OF CORPORATION/PARTNERSHIP

APPROVING BANK OFFICER

Brian Plunkett
BY: SIGNATORY REPRESENTATIVE NAME (PRINTED)

Managing Member
TITLE

Request Date: 04/02/2015 Wire fee: $ 20.00 Wire Sequence Number: 1344

Prepared By: ROBYN MOSIAS Branch: 092 06267 HOLLYWOOD

Thank you for banking with Regions!

Form 52137
Rev 5/2013

Distribution: ORIGINAL – CUSTOMER
1ST COPY – BRANCH

EXHIBIT A